**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bogdan Maksimchuk** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 23-10885 |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B...................................................... $    **2,811,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $    **149,640.00**

   1c. Copy line 63, Total of all property on Schedule A/B.......................................................... $    **2,960,640.00**

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $    **863,092.81**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. $    **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $    **6,567,716.35**

   **Your total liabilities** $    **7,430,809.16**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................. $    **37,664.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*......................................................... $    **21,615.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 23-10885-CMA    Doc 21    Filed 05/30/23    Ent. 05/30/23 19:53:07    Pg. 2 of 52

| | | | |
|---|---|---|---|
| Debtor 1 | **Bogdan** | **Maksimchuk** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nadezhda** | **Maksimchuk** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number  **23-10885**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

**1.1**

**37418 - 49th Ave. S**
Street address, if available, or other description

**Auburn          WA    98001-0000**
City               State    ZIP Code

**King**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Mobile home on site.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$408,000.00** | **$408,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☑ Check if this is community property
(see instructions)

| Debtor 1 | **Bogdan Maksimchuk** | | | |
|---|---|---|---|---|
| Debtor 2 | **Nadezhda Maksimchuk** | | Case number *(if known)* | **23-10885** |

**If you own or have more than one, list here:**

1.2

**Paseo DE Los Cocoteros**
**652023 63732**
**Nuevo Vallarta Nay Mexico**

Street address, if available, or other description

City                State        ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$500,000.00**

Current value of the portion you own? **$500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☑ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**32605 39th Ave. S**

Street address, if available, or other description

**Auburn**          **WA**    **98001-0000**
City                State        ZIP Code

**King**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$340,000.00**

Current value of the portion you own? **$340,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☑ **Check if this is community property** (see instructions)

**If you own or have more than one, list here:**

1.4

| | |
|---|---|
| **7847 SE 40th St** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Mercer Island | WA | 98040-0000 |
|---|---|---|
| City | State | ZIP Code |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,563,000.00** | **$1,563,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

| King | |
|---|---|
| County | |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Co-owned with Erik and Gloria Maksimchuk**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

| **$2,811,000.00** |
|---|

---

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ■ Yes

3.1

| Make: | **Tesla** |
|---|---|
| Model: | **S** |
| Year: | **2022** |
| Approximate mileage: | **21750** |
| Other information: | |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$78,000.00** | **$78,000.00** |

3.2

| Make: | **SSRM** |
|---|---|
| Model: | **SR125** |
| Year: | **2021** |
| Approximate mileage: | |
| Other information: | |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$900.00** | **$900.00** |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................=>

   **$78,900.00**

| **Part 3:** Describe Your Personal and Household Items | |
|---|---|
| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | General household kitchenware; Samsung home appliances, sofa, 4 barstools, dining table, king bed and mattress, 2 queen bed and mattress, office furniture | **$22,000.00** |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | 2 laptop computers, 4 cell phones | **$2,000.00** |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Functional Trainer  Machine | **$4,000.00** |
   |---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

    | SIGSAUER P365: $579<br>Glock 19: $483<br>CZ Shadow 2: $1,000<br>CZ P-10 S: $400<br>Beretta Gardone V.: $828.00<br>Glock 20 Gen 4: $600 | **$3,890.00** |
    |---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Clothing and shoes for family of 4 | $15,000.00 |
| Purses (3) | $6,500.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Rolex Watch | $8,900.00 |
| Chanel Watch | $4,000.00 |
| Gucci Watch | $900.00 |
| Wedding Ring | $1,500.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................

| |
|---|
| $68,690.00 |

**Part 4:** **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.........................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................            Institution name:

| | | |
|---|---|---|
| 17.1. | **US Bank Account Ending 5015** | $2,050.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...................
              Name of entity:                            % of ownership:

    **See Attached List of Entities with details
    regarding entity holding and values** _____  _____ %        **Unknown**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.
              Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes. .....................                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

SUPPLEMENT TO SCHEDULE B – Question 19

| Asset/Market Value (Not liquidation value) | | Nadezhda Maksimchuk and Bogdan Maksimchuk | | |
| --- | --- | --- | --- | --- |
| | | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but *without*: -deduction of exempt amounts -accounting for tax consequences |
| **Equity Interests in Entities** | **Value of Equity Interest** | | | |
| **100% Barcelo Homes, Inc.** | $0.00 | | | |
| | | | | **Entity Asset(s)** |
| **Barcelo Homes, Inc. owns:** | | | | |
| | | Asset/Market Value (Not liquidation value) | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |
| | | 14038 Lake City Way NE Seattle, WA 98125 Tire Shop $1,000,000.00. | Coastal Community Bank $850,000.00 • August 14, 2020 Deed of Trust in the original amount of $832,000.00 document # 2020081700 2134. • Judgment against Barcelo Homes, Inc., a Washington corporation; and Nadezhda Maksimchuk and Bogdan Maksimchuk in favor of NWBF, LLC $4,542,661.40 Avoided • Federal Tax Lien $28,912.75 Recorded on January 25, 2023 as document #20230125000729. | $00.00 |

1

SUPPLEMENT TO SCHEDULE B – Question 19

| Asset/Market Value (Not liquidation value) | Value of Equity Interest | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but *without*: -deduction of exempt amounts -accounting for tax consequences |
|---|---|---|---|---|
| **Nadezhda Maksimchuk and Bogdan Maksimchuk** | | | | |
| **Equity Interests in Entities** | | | | |
| | | | **Entity Asset(s)** | |
| | | Vacant Land two buildable lots 2410 Everett Ave E. 2415 Boyer Ave. E. Seattle, WA 98102 Gross $800,000.00 | PBRELF I, LLC/BRMK $1,100,000.00 <br> • December 27, 2017 Deed of Trust in the original amount of $3,775,000.00 document # 2017122900165S. <br> • Federal Tax Lien $28,912.75 Recorded on January 25, 2023 as document #20230125000729. | $0.00 |
| | | 2019 Mercedes Gross $120,000.00 | Mercedes Benz Financial $52,783 | $55,217 |
| | | 2011 Bobcat Gross $8,000.00 | | $7,200.00 |
| | | Office Furniture $500.00 | PBRELF I, LLC UCC 2018-183-5491-4 | $0.00 |
| | | Laptop $1,000.00 | | $0.00 |
| | | | | $95,200.00 |
| | | | **Unsecured Claims** | |
| | | TRO-Seattle Dept. of Transportation PMT SOLUTIONS, LLC | | $6,632.90 |

2

| Asset/Market Value (Not liquidation value) | | Exemption TBD | | Secured Debt | | Equity For Creditors after 10% transaction costs but *without*: -deduction of exempt amounts -accounting for tax consequences |
|---|---|---|---|---|---|---|
| | | | | | | |

**Nadezhda Maksimchuk and Bogdan Maksimchuk**

| Equity Interests in Entities | Value of Equity Interest | | | Entity Asset(s) | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| **91% Sorento on Yesler Owner LLC (9% owned by Forbix Capital Corporation)** | $0.00 | | | **91% Sorento on Yesler LLC owns:** | | |
| | | | Asset/Market Value (Not liquidation value) | | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |
| | | | 100% interest in Sorento on Yesler Owner LLC | | | |
| | | | Sorento on Yesler Owner LLC owns: Apartment Building 153 Units 1414 E. Yesler Way Seattle, WA 98122 Gross $19,500,000.00  Valued Based upon 2 separate offers received in Q1 2023 | | JPMCC Commercial Mortgage Securities Trust 2019-COR4 $18,800,000.00 • April 23, 2019 Deed of Trust in favor of Deutsche Bank AG the original amount of $18,200,000.00 document # 20190123001192. February 28, 2019 Assignments of Deed of Trust to Wells Fargo as Trustee for Registered Holders of JPMCC Commercial Mortgage | $0.00 |

| Nadezhda Maksimchuk and Bogdan Maksimchuk | | | |
| --- | --- | --- | --- |
| Asset/Market Value (Not liquidation value) | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but without: -deduction of exempt amounts -accounting for tax consequences |
| Equity Interests in Entities | Value of Equity Interest | | |
| | | Entity Asset(s) | |
| | | Securities Trust 2019-COR4 document #20190430000268 and #20190430000269. | $72,000.00 |
| | | Security Deposits | |
| | | Unsecured Claims | |
| | | Seattle Public Utilities | $72,000.00 |

Distribution to Sorento on Yesler LLC

Preferred Distribution Forbix Insurance per subscription agreement.

Rise Flats LLC owns:

| 50% Rise Flats LLC (50% owned by Rising Xibroff LLC) | $0.00 | | |
| --- | --- | --- | --- |
| | | Asset/Market Value (Not liquidation value) | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |

| Asset/Market Value (Not liquidation value) | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |
| --- | --- | --- |
| Apartment Building 178 Units 829 NE 67th St. Seattle 98113 Gross $29,000,000.00 | Royal Business Bank $26,500,000.00<br>• October 28, 2021 Deed of Trust in the original amount of $26,000,000.00 document #202110280001940 Duplicate filing because prior filing failed to upload more than 1st page of DOT. October 25, 2021 Deed of Trust in the original amount of | $0.00 |

4

SUPPLEMENT TO SCHEDULE B – Question 19

| | Nadezhda Maksimchuk and Bogdan Maksimchuk | | |
|---|---|---|---|
| Asset/Market Value (Not liquidation value) | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but *without*: -deduction of exempt amounts -accounting for tax consequences |
| Equity Interests in Entities | Value of Equity Interest | | Entity Asset(s) |
| | | $26,000,000.00 document # 20220525000498. | |
| 92% Caesars Luxury Apartments LLC (8% owned by Glasshouse Two LLC) | $0.00 | **Caesars Luxury Apartments LLC owns:** | |
| | | Asset/Market Value (Not liquidation value) **Sold for $35,350,000 million on 4/21/2023** | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |
| | | Apartment Building 131 Units 308-316Ia Tacoma Ave S. Tacoma 98402 Gross $35,000,000.00 | • East West Bank February 7, 2023 Deed of Trust $22,000,000.00 Recording No: 202302270123. • Forbix Capital Corp. February 9, 2023 Deed of Trust $6,000,000.00 | $0.00 |

5

SUPPLEMENT TO SCHEDULE B – Question 19

| Asset/Market Value (Not liquidation value) | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but *without*:<br>-deduction of exempt amounts<br>-accounting for tax consequences |
|---|---|---|---|
| | **Nadezhda Maksimchuk and Bogdan Maksimchuk** | | |

| | Value of Equity Interest | | Entity Asset(s) | |
|---|---|---|---|
| **Equity Interests in Entities** | | | |
| | $1,455,082.57 | Recording No: 202302270125.<br>• BMRK Lending LLC $626,014<br>• REET $1,201,745<br><br>Preferred Distribution Glasshouse Two LLC $3,000,000.00.<br>"Investor Member's Preferred Return" shall mean a return on the Investor Member's unreturned Actual Capital accruing at:<br>(a) ten percent (10%) per annum through April 30, 2022;<br>(b) thereafter, twelve percent (12%) per annum through July 31, 2023 | |

**Columbia City Living LLC owns:**

| | Asset/Market Value (Not liquidation value) | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |
|---|---|---|---|
| **100% Columbia City Living LLC** | 5 units<br>4087 Letitia Ave. S.<br>Seattle 98118<br>$4,250,000 | Sound Equity High Income Debt Fund, LLC<br>$3,800,000.00<br>• Deed of Trust Recorded September 15, 2021 in the original amount of $3,340,890, document #20210915000802. | $25,000.00 |

6

SUPPLEMENT TO SCHEDULE B – Question 19

| | Nadezhda Maksimchuk and Bogdan Maksimchuk | | |
|---|---|---|---|
| Asset/Market Value (Not liquidation value) | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but _without_: -deduction of exempt amounts -accounting for tax consequences |

| Equity Interests in Entities | Value of Equity Interest | Entity Asset(s) | |
|---|---|---|---|
| | | | Torix Holdings, LLC $350,000 September 16, 2021 Deed of Trust in the original amount of $303,000, document # 20211012001040. | |
| | | 4 units Under construction 4225 Letitia Ave. S. Seattle 98118 $3,400,000.00 | Sound Equity High Income Debt Fund, LLC $2,858,917.43 • October 4, 2021 Deed of Trust in the original amount of $2,476,644.00 document # 20211021000546. | $201,100 |

| 100% Premium Homes of Mercer Island, LLC | | Premium Homes of Mercer Island, LLC owns: | |
|---|---|---|---|
| | | Asset/Market Value (Not liquidation value) | Secured Debt | Equity After 10% Costs of Sale and without accounting for tax consequences |
| | | 2906 74TH Ave SE, Mercer Island, WA, 98040-2637 Zillow: $2,181,500 Redfin: $1,668,014 | BRMK Lending, LLC $2,000,000.00 • September 16, 2021 Deed of Trust in the original amount of $1,816,000.00 | $0.00 |

7

SUPPLEMENT TO SCHEDULE B – Question 19

| Asset/Market Value (Not liquidation value) | Value of Equity Interest | Exemption TBD | Secured Debt | Equity For Creditors after 10% transaction costs but *without*: -deduction of exempt amounts -accounting for tax consequences |
|---|---|---|---|---|
| **Nadezhda Maksimchuk and Bogdan Maksimchuk** | | | | |
| **Equity Interests in Entities** | | | **Entity Asset(s)** | |
| | | | document # 202109117001352. | |
| | | 7216 93rd Ave SE Mercer Island, WA, 98040-5818 Vacant Lot $1,350,000.00 | MI 885 LLC $1,052,000 • March 16, 2021 Deed of Trust in the original amount of $885,000.00 document # 20210317002552. | $00.00 |
| **The Usual LLC** | | | **The Usual LLC** Invested in with Angelina Volk to open coffee shop which has not opened or operated. | |
| **VEROMANAGEMENT LLC** | | | Property Management Company at Sorento on Yesler Apartments. Has 1 employee (Building Manager). Is paid 3% of rents plus | |
| **3120 HARVARD, LLC** | | | Administratively Dissolved 9-03-2021 | |
| | | | | |

8

28. **Tax refunds owed to you**

☒ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information..

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No

☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No

☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No

☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

☒ No

☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| $2,050.00 |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☒ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** .....................................................................................................                  **$2,811,000.00**

56. **Part 2: Total vehicles, line 5**                                                            **$78,900.00**

57. **Part 3: Total personal and household items, line 15**                                      **$68,690.00**

58. **Part 4: Total financial assets, line 36**                                                  **$2,050.00**

59. **Part 5: Total business-related property, line 45**                                         **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                                **$0.00**

61. **Part 7: Total other property not listed, line 54**                          +              **$0.00**

62. **Total personal property. Add lines 56 through 61**...              **$149,640.00**    Copy personal property total          **$149,640.00**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                           **$2,960,640.00**

| Debtor 1 | **Bogdan Maksimchuk** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | 23-10885 | | |

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **32605 39th Ave. S Auburn, WA 98001 King County**<br>Line from *Schedule A/B*: **1.3** | $340,000.00 | ■       914,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030** |
| **2022 Tesla S 21750 miles**<br>Line from *Schedule A/B*: **3.1** | $78,000.00 | ■       $6,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(iii)** |
| **General household kitchenware; Samsung home appliances, sofa, 4 barstools, dining table, king bed and mattress, 2 queen bed and mattress, office furniture**<br>Line from *Schedule A/B*: **6.1** | $22,000.00 | ■       $13,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(d)(i)** |
| **Rolex Watch**<br>Line from *Schedule A/B*: **12.1** | $8,900.00 | ■       $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code § 6.15.010(1)(a)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Chanel Watch**<br>Line from *Schedule A/B*: **12.2** | $4,000.00 | ■        $3,500.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §<br>6.15.010(1)(a)** |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.4** | $1,500.00 | ■        $1,500.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §<br>6.15.010(1)(a)** |
| **US Bank Account Ending 5015**<br>Line from *Schedule A/B*: **17.1** | $2,050.00 | ■        $2,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Wash. Rev. Code §<br>6.15.010(1)(d)(ii)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bogdan Maksimchuk** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | 23-10885 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1**   **Gold Star Mortgage Financial G** <br><br> Creditor's Name <br><br><br> **100 Phoenix Dr. Ste. 300 Ann Arbor, MI 48108** <br> Number, Street, City, State & Zip Code | **Describe the property that secures the claim:** <br><br> **7847 SE 40th St Mercer Island, WA 98040   King County Co-owned with Erik and Gloria Maksimchuk** <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $776,000.00 | $1,563,000.00 | $0.00 |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number _____

| 2.2 | **U.S. Bank** | Describe the property that secures the claim: | $87,092.81 | $78,000.00 | $9,092.81 |
|---|---|---|---|---|---|

Creditor's Name

**2022 Tesla S 21750 miles**

**West Auto Loan**
**POB 4493**
**Portland, OR 97208-4493**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  **Purchase Money Security**

Date debt was incurred  **5/2022**      Last 4 digits of account number  **3951**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $863,092.81 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $863,092.81 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]
Name, Number, Street, City, State & Zip Code
**Erik and Gloria Maksimchuk**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___

| Debtor 1 | **Bogdan Maksimchuk** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | 23-10885 | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?
    - ☐ No. Go to Part 2.
    - ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** Priority Creditor's Name **Centralized Insolvency Operati PO Box 7346 Philadelphia, PA 19101-7346** Number Street City State Zip Code | Last 4 digits of account number ___ ___ ___ ___ When was the debt incurred? _____ | Unknown | Unknown | Unknown |

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

| 2.2 | **WA Dept of L&I** |
|---|---|

Priority Creditor's Name

**Collections**
**POB 44171**
**Olympia, WA 98504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____ __Unknown__ __Unknown__ __Unknown__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **WA Dept of Revenue** |
|---|---|

Priority Creditor's Name

**Bankruptcy & Claims Unit**
**2101  4th Ave #1400**
**Seattle, WA 98121**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____ __Unknown__ __Unknown__ __Unknown__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.4 | **WA Empl Security Dept** |
|---|---|

Priority Creditor's Name

**UI Tax & Wage Admin**
**POB 34949**
**Seattle, WA 98124**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number _____ __Unknown__ __Unknown__ __Unknown__

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**   **Alan Seldner**                                            Last 4 digits of account number _____    **$100,000.00**
Nonpriority Creditor's Name
**c/o Richard Spoonemore**
**3101 Western Ave., Ste 350**                        When was the debt incurred? _____
**Seattle, WA 98121**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                        ■ Contingent
■ Debtor 1 and Debtor 2 only                           ■ Unliquidated
☐ At least one of the debtors and another              ☐ Disputed
■ **Check if this claim is for a community**            **Type of NONPRIORITY unsecured claim:**
**debt**                                               ☐ Student loans
Is the claim subject to offset?                        ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Personal Guaranty**

---

**4.2**   **American Express**                                   Last 4 digits of account number  **2008**    **$48,677.63**
Nonpriority Creditor's Name
**POB 981535**
**El Paso, TX 79998**                                  When was the debt incurred?  **4/2015**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                        ☐ Contingent
■ Debtor 1 and Debtor 2 only                           ☐ Unliquidated
☐ At least one of the debtors and another              ☐ Disputed
■ **Check if this claim is for a community**            **Type of NONPRIORITY unsecured claim:**
**debt**                                               ☐ Student loans
Is the claim subject to offset?                        ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Credit card**

---

**4.3**   **Bank of America**                                   Last 4 digits of account number  **1903**    **$3,445.13**
Nonpriority Creditor's Name
**POB 672050**
**Dallas, TX 75267-2050**                              When was the debt incurred?  **06/21**
Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                        ☐ Contingent
■ Debtor 1 and Debtor 2 only                           ☐ Unliquidated
☐ At least one of the debtors and another              ☐ Disputed
■ **Check if this claim is for a community**            **Type of NONPRIORITY unsecured claim:**
**debt**                                               ☐ Student loans
Is the claim subject to offset?                        ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                         report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Credit card**

| 4.4 | **Bobby V. Abraham Trust** | Last 4 digits of account number _____ | $200,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Richard Spoonemore**
**3101 Western Ave., Ste 350**
**Seattle, WA 98121**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guaranty**

---

| 4.5 | **BRMK Lending LLC** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**1420 5th Ave., Ste 2000**
**Seattle, WA 98101**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guaranty**

---

| 4.6 | **Chicago Title** | Last 4 digits of account number  2818 | $54,536.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2533 North 117th Ave.**
**Omaha, NE 68164-3679**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Indemnity Agreement**

---

| 4.7 | **Coastal Community Bank** | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name
**PO Box 12220**
**Everett, WA 98206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty of Barcelo Homes debt. Debt secured by Barcelo Homes collateral located at 14038 Lake City Way NE, Seattle**

---

| 4.8 | **DB Capital, LLC** | Last 4 digits of account number | | | | **$370,000.00** |

Nonpriority Creditor's Name
**1420 5th Ave., Ste 2000**
**Seattle, WA 98101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **3/10/2021**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **32605 39th Ave. S Auburn, WA 98001  King County**

---

| 4.9 | **Forbix Capital Corp** | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name
**24151 Ventura Blvd. Ste 350**
**Calabasas, CA 91302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guaranty**

---

| 4.1 0 | **Glass House Two LLC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3838 59th Ave. SW**
**Seattle, WA 98116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty**

---

| 4.1 1 | **Hold Woods & Scisciani LLP** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1500 Fourth Ave. Ste 200**
**Seattle, WA 98101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$16,992.47**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Fees incurred**

---

| 4.1 2 | **JPMCC Commercial Mortgage** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**POB 25965**
**Shawnee Mission, KS 66225**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty - Sorento on Yesler**

| 4.1 3 | **Linda and Christopher Koa** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**c/o Richard Spoonemore
3101 Western Ave., Ste 350
Seattle, WA 98121**
Number City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty**

---

| 4.1 4 | **MI 885 LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**3838 59th Ave. SW
Seattle, WA 98116**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guaranty**

---

| 4.1 5 | **Northwest Building Finance** | Last 4 digits of account number _____ | **$4,885,110.74** |

Nonpriority Creditor's Name
**13555 SE 36th St. #320
Bellevue, WA 98006**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt
Judgment Entered 1/9/2023
Charging Orders entered 3/1/2023**

| 4.1 6 | **Old Republic National Title In** | Last 4 digits of account number | **1117** | **$96,519.38** |

Nonpriority Creditor's Name
**524 Gibson Dr.**
**Roseville, CA 95678**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Indemnity Agreement**

---

| 4.1 7 | **PBRELF I, LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**1420 5th Ave., Ste 2000**
**Seattle, WA 98101-1348**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal Guaranty of Barcelo Homes debt. Debt secured by 2410 Everett Ave. E and 2415 Boyer Ave. E, Seattle.  Debt also secured by 37418 49th Ave. S, Auburn**

---

| 4.1 8 | **PNC Mortgage** | Last 4 digits of account number | **8631** | **$742,435.00** |

Nonpriority Creditor's Name
**3232 Newmark Dr.**
**Miamisburg, OH 45342-5421**
Number Street City State Zip Code

**When was the debt incurred?**  **12/22**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Co-borrower on mortgage owned by Elvira Maksimchuk and Max Galanesi**

---

| 4.1 9 | **Royal Business Bank** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1055 Wilshire Blvd. Ste 1220**
**Los Angeles, CA 90017**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Personal Guaranty Rise Flats, LLC.  Debt secured by real property located at 829 NE 67th St., Seattle, WA**

---

| 4.2 0 | **Sound Equity High Income Debt** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Sound Capital Loans, LLC**
**929 108th Ave NE #1030**
**Bellevue, WA 98004**

Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Personal Guaranty - Columbia City Living, LLC. Debt secured by nine townhome units in Letitia subdivision, Seattle**

| 4.2 1 | **Torix Holdings, LLC** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**3838 59th Ave SW**
**Seattle, WA 98116**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guaranty Columbia City Living, LLC.  Debt secured by nine townhome units in Letitia subdivision, Seattle**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**American Express**
**POB 981537**
**El Paso, TX 79998**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Bank of America**
**4060 Ogletown/Stanton RD**
**DE5-019-03-07**
**Newark, DE 19713**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Danial Pharris**
**Lasher Holzapfel Sperry & Ebbe**
**601 Union St. Ste 2600**
**Seattle, WA 98101**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Internal Revenue Service**
**Attn: Bankruptcy/Insolvency**
**915 Second Ave, M/S W243**
**Seattle, WA 98174**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**Mark Saakian**
**Old Republic National Title**
**524 Gibson Dr.**
**Roseville, CA 95678**

Last 4 digits of account number

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Name and Address
**US Attorney**
**Attn  Bankruptcy Asst**
**700 Stewart St  Rm 5220**
**Seattle, WA 98101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Case 23-10885-CMA    Doc 21    Filed 05/30/23    Ent. 05/30/23 19:53:07    Pg. 32 of 52

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **US Attorney General** **US Dept of Justice** **950 Pennsylvania Ave NW** **Washington, DC 20530** | Line **2.1** of (Check one): ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **WA Atty General** **Bankruptcy & Collection Unit** **800 Fifth Ave #2000** **Seattle, WA 98104** | Line **2.3** of (Check one): ■ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Bank, as Trustee** **9062 Old Annapolis Rd.** **Columbia, MD 21045** | Line **4.12** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number _____

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 6,567,716.35 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 6,567,716.35 |

Case 23-10885-CMA    Doc 21    Filed 05/30/23    Ent. 05/30/23 19:53:07    Pg. 33 of 52

| | |
|---|---|
| Debtor 1 | **Bogdan Maksimchuk** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | **23-10885** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| **2.2** Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| **2.3** Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| **2.4** Name<br><br>Number   Street<br><br>City     State     ZIP Code | |
| **2.5** Name<br><br>Number   Street<br><br>City     State     ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bogdan Maksimchuk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | **23-10885** |
| (if known) | |

☐ Check if this is an
   amended filing

# Official Form 106H
## Schedule H: Your Codebtors                                            12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ☑ Yes.

    In which community state or territory did you live?   **-NONE-** . Fill in the name and current address of that person.

    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **Barcelo Homes LLC**<br>**P.O. Box 1639**<br>**Mercer Island, WA 98040-1639**<br>**Co-Judgment Debtor** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Northwest Building Finance** |
| 3.2 | **Elvira Maksimchuk**<br>**11624 SE 89th St**<br>**Renton, WA 98059**<br>**Deed of Trust secured by property. Property titled Max Galenesi**<br>**and Elvira Maksimchuk. Parcel No. 10660-0045** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**PNC Mortgage** |

Case 23-10885-CMA     Doc 21     Filed 05/30/23    Ent. 05/30/23 19:53:07    Pg. 35 of 52

| | |
|---|---|
| Debtor 1 | **Bogdan Maksimchuk** |
| Debtor 2<br>(Spouse, if filing) | **Nadezhda Maksimchuk** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number<br>(If known) | **23-10885** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:      Describe Employment**

| 1. | **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | | **Occupation** | **Real Estate Developer** | **Real Estate Developer** |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** | **Barcelo Homes** | **Barcelo Homes** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | | |
| | | **How long employed there?** | | |

**Part 2:      Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. 6. $ 0.00 $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ 0.00 $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ 0.00   $ 0.00

8b. **Interest and dividends**   8b. $ 37,664.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent receive regularly**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d. $ 0.00   $ 0.00

8e. **Social Security**   8e. $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   8f. $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g. $ 0.00   $ 0.00

8h. **Other monthly income.** Specify:   8h.+ $ 0.00 + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. 9. $ 37,664.00 $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $ 37,664.00 + $ 0.00 = $ 37,664.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies 12. $ 37,664.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: **If property in which Debtors reside is sold, the monthly payment will be eliminated, although will be replaced by other rental payments; If other business assets are sold, income may increase.**

Fill in this information to identify your case:

Debtor 1 **Bogdan Maksimchuk**

Debtor 2 **Nadezhda Maksimchuk**
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number **23-10885**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

      ■ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.  ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Twin Son** | **14** | ☐ No  ■ Yes |
| **Twin Son** | **14** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 15,030.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | 1,022.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 215.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 350.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 530.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 240.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,050.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 250.00 |
| 10. | **Personal care products and services** | 10. $ | 250.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 330.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 200.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 210.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 1,633.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 180.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 75.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 21,615.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 21,615.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 37,664.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 21,615.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | 16,049.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.  Explain here:

**Fill in this information to identify your case:**

Debtor 1    **Bogdan Maksimchuk**
First Name        Middle Name        Last Name

Debtor 2    **Nadezhda Maksimchuk**
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number    **23-10885**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|  | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Bogdan Maksimchuk**        X **/s/ Nadezhda Maksimchuk**
     **Bogdan Maksimchuk**             **Nadezhda Maksimchuk**
     Signature of Debtor 1                Signature of Debtor 2

     Date **May 30, 2023**            Date **May 30, 2023**

| Debtor 1 | **Bogdan Maksimchuk** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nadezhda Maksimchuk** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number  23-10885
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **2906 74th Ave SE** **Mercer Island, WA 98040** | From-To: **7/22 - Current** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |
| **9104 SE 50th St.** **Mercer Island   98040** | From-To: **4/19 - 7/22** | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $225,869.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $325,362.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $222,200.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $0.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    ☐ No.  Go to line 7.
    ■ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Case 23-10885-CMA    Doc 21    Filed 05/30/23    Ent. 05/30/23 19:53:07    Pg. 42 of 52

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America**<br>**POB 672050**<br>**Dallas, TX 75267-2050** | 5/3/23  $7851;<br>4/4/23 $5000;<br>3/16/23 $4714.39 | **$17,565.39** | **$3,445.13** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express**<br>**POB 981535**<br>**El Paso, TX 79998** | 2/27/23<br>$11,917.33; 3/6<br>10,000.00 | **$21,917.33** | **$48,677.63** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Altzec Flooring** | 3/23/23.  Bill paid from personal account.  Is a Columbia City Living LLC debt.  Funds transferred from CCL account to cover expense | **$10,295.81** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Forest Roman** | 3/23/23.  Bill paid from personal account.  Is a Columbia City Living LLC debt.  Funds transferred from CCL account to cover expense | **$9,750.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
| --- | --- |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
| --- | --- | --- | --- |
| **Parr Lumber co v. Barcelo Development Inc et al**<br>**23-2-02290-4** | lien foreclosure | **King Co Superior Court**<br>**516 Third Ave**<br>**Seattle, WA 98104** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Koa et al v. Maksimchuk**<br>**23-2-00103-6** | Collection | **King County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **NWBF v. Barcelo Homes et al**<br>**22-2-06827-2** | Breach of Contract | **King County Superior COurt** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **NWBF v. Maksimchuk et al**<br>**23-2-04761-3** | Appointment of Receiver | **King County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |
| **Northwest Building Finance**<br>**13555 SE 36th St. #320**<br>**Bellevue, WA 98006** | **Business debt**<br>**Judgment Entered 1/9/2023**<br>**Charging Orders entered 3/1/2023**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☑ Property was attached, seized or levied. | **3/1/2023** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
| --- | --- |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |
| **Elvira Maksimchuk**<br><br>Person's relationship to you: | **2017 Mercedes CLA. Was traded to Chevrolet of South Anchorage, 9100 Old Seward Hwy, Anchorage AK 99515** | **2/2022** | **$33,000.00** |
| **Grandchildren**<br><br>Person's relationship to you: | **Stroller, playground equipment** | | **$2,400.00** |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |
| **Slavic Gospel Church<br>3405 South 336th<br>Federal Way, WA 98001** | **Monthly Tithe** | **Monthly** | **$2,400.00** |

| Part 6: | List Certain Losses |
| --- | --- |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

| Part 7: | List Certain Payments or Transfers |
| --- | --- |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **Bush Kornfeld<br>601 Union St. 5000<br>Seattle, WA 98101** | **Fee Deposit** | | **$55,000.00** |

Case 23-10885-CMA　　Doc 21　　Filed 05/30/23　　Ent. 05/30/23 19:53:07　　Pg. 45 of 52

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Tracy Law Group PLLC 1601 Fifth Ave., Ste 610 Seattle, WA 98101** | **Fee Deposit** | **$7,500.00 on 4/13/2023 $25,000.00 on 5/12/2023** | **$32,500.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Prestige Motorgroup LLC 1825 Howard Rd Auburn, WA 98002** | **2023 Lamborghini Huracan, White, VIN ZHWUA6ZX6PLA22444. Sale Price $362,511.62** | **Payoff of secured debt on vehicle owed to Lamborghini Financial Services in amount of $362,511.62** | **5/12/2023** |
| **Aniruddha Gadre and Rupa Gadre 9104 SE 50th St. Mercer Island, WA 98040** | **Real property located at 9104 SE 50th St., Mercer Island, WA 98040** | **Purchase price of $7,150,000. From net sale proceeds, between June 30 and February 6, 2023, Debtors contributed $1,466,000 to Barcelo Homes LLC, $312,000 to Columbia Clty Living LLC, $1,646,500 to Caesars Luxury Apartments LLC; $297,129 to Rise Flats LLC and $229,494.58 to close lot sale at 3120 S 326th Federal Way** | **6/30/2022** |
| **Lamborghini of Seattle 13617 NE 20th St Bellevue, WA 98005** | **2021 Porsche Traded in for 2023 Lamborghini** | | |
| **Frontier Ford 12610 Thompson Rd Anacortes, WA 98221** | **Ford F150 Sale Price $52,000.** | **Paid off loan balance. Net proceeds approximately $11,000** | **1/31/2023** |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Bryan and Alyssa Graf**<br>**4719 90th Ave SE**<br>**Mercer Island, WA 98040** | **Real Property located at 4719 90th Ave, SE, Mercer Island.  The property was purchased by Radimir and Ella Mandzyuk, they did not qualify for loan. Debtors co-signed on purchase loan and were put on title. Mandzyuk sold property in 2022 and purchased new property.  Debtors did not contribute to loan payments or other expenses of the property** | **$2,200,000.  All secured debt was paid** | **12-19-2022** |
| **Harkamal Slngh Dhaliwal**<br>**3820 S 326th St.**<br>**Auburn, WA 98001** | **Lot at 3820 S 326th St. Federal Way** | **Sale Price $350,000. Paid 424 Wealth Trust, Closing costs and real property taxes.  No net proceeds** | **12-15-2022** |
| **Jasbir Singh**<br>**3818 S 326th St.**<br>**Federal Way, WA 98001** | **Lot at 3818 S. 326th St. Federal Way, WA** | **Sale Price $350,000. Debtors received net proceeds of $325,018.76. Debrtors contributed $205,000 to Barcelo Homes LLC; $100,000 to Coumbia City Living LLC** | **12-29-2022** |
| **Prestige Motor Group**<br>**1825 Howard Rd**<br>**Auburn, WA 98002** | **2016 MBC X26 Motor Boat VIN MBCWKEN3J516** | **$55,000** | **5/11/2023** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   ☐ No
   ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Umpqua Bank** | **XXXX-** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5-11-2023** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Barcelo Homes, Inc. 2906 74th Ave. SE Mercer Island, WA 98040 | Home Construction | EIN: **603 322 723**<br>From-To **9-11-2-13 - Current** |
| Sorento on Yesler Owner LLC 1414 E Yesler Seattle, WA 98122 | Real Estate | EIN: **604 358 595**<br>From-To **4/8/2021 - Current** |
| Rise on Flats LLC 829 NE 67th St. Seattle, WA 98115 | Real Estate | EIN: **604 022 499**<br>From-To **4-5-2023 to Current** |
| Caesars Luxury Apartments LLC 1414 E Yesler Way Ste A Seattle, WA 98122 | Real Estate | EIN: **604 658 814**<br>From-To **9/2/2020 to Current** |
| Columbia City Living LLC 1414 E Yesler Way, Ste A Seattle, WA 98122 | Real Estate | EIN: **604 534 097**<br>From-To **11/7/2019 to Current** |
| Premium Homes of Mercer Island LLC 1414 E Yesler Way, Ste A Seattle, WA 98122 | Real Estate | EIN: **603 438 959**<br>From-To **9/25/2014 - Current** |

| Business Name Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **The Usual LLC**<br>**1414 E Yesler Way #B**<br>**Seattle, WA 98122** | **Restaurant** | EIN:  **604 866 963**<br><br>From-To  **2/3/2022 to Current** |
| **VEROMANAGEMENT LLC**<br>**1414 E. Yesler Way Ste A**<br>**Seattle, WA 98122** | **Property Management** | EIN:  **604 636 283**<br><br>From-To  **7/20/2020 - Current** |
| **3120 Harvard LLC**<br>**POB 1639**<br>**Mercer Island, WA 98040** | **Real Estate** | EIN:  **604 274 798**<br><br>From-To  **4/19/2018 - 9/30/2021** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

---

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Bogdan Maksimchuk**                             **/s/ Nadezhda Maksimchuk**

**Bogdan Maksimchuk**                                 **Nadezhda Maksimchuk**
**Signature of Debtor 1**                             **Signature of Debtor 2**

Date    **May 30, 2023**                              Date    **May 30, 2023**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## Western District of Washington

In re **Bogdan Maksimchuk**
**Nadezhda Maksimchuk**

Debtor(s)

Case No. **23-10885**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **32,500.00** |
| Prior to the filing of this statement I have received | $ | **32,500.00** |
| Balance Due | $ | **0.00** |

2. $ **1,718.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, contested relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2023**
*Date*

**/s/ J. Todd Tracy WSBA**
**J. Todd Tracy WSBA #17342**
*Signature of Attorney*
**The Tracy Law Group PLLC**
**1601 Fifth Ave. Ste 610**
**Seattle, WA 98101**
**206-624-9894  Fax: 206-624-8598**
*Name of law firm*