| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bogdan Maksimchuk** <br> First Name   Middle Name   Last Name |
| Debtor 2 <br> (Spouse if, filing) | **Nadezhda Maksimchuk** <br> First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number <br> (if known) | 23-10885 |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **2906 74th Ave SE** <br> **Mercer Island, WA 98040** | From-To: <br> 7/22 - 7/23 | ■ Same as Debtor 1 | ■ Same as Debtor 1 <br> From-To: |
| **9104 SE 50th St.** <br> **Mercer Island   98040** | From-To: <br> 4/19 - 7/22 | ■ Same as Debtor 1 | ■ Same as Debtor 1 <br> From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income <br> Check all that apply. | Gross income <br> (before deductions and exclusions) | Sources of income <br> Check all that apply. | Gross income <br> (before deductions and exclusions) |

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 1

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| Debtor 1 **Bogdan Maksimchuk** | | | | |
| Debtor 2 **Nadezhda Maksimchuk** | Case number (if known) **23-10885** | | | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $225,869.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $325,362.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $222,200.00 | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No. Go to line 7.
   ■ Yes List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.
   ☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | **Bogdan Maksimchuk** | | Case number (*if known*) | 23-10885 |
| Debtor 2 | **Nadezhda Maksimchuk** | | | |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Bank of America**<br>POB 672050<br>Dallas, TX 75267-2050 | 5/3/23 $7851;<br>4/4/23 $5000;<br>3/16/23 $4714.39 | $17,565.39 | $3,445.13 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **American Express**<br>POB 981535<br>El Paso, TX 79998 | 2/27/23<br>$11,917.33; 3/6<br>10,000.00 | $21,917.33 | $48,677.63 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Altzec Flooring** | 3/23/23. Bill paid from personal account. Is a Columbia City Living LLC debt. Funds transferred from CCL account to cover expense | $10,295.81 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Forest Roman** | 3/23/23. Bill paid from personal account. Is a Columbia City Living LLC debt. Funds transferred from CCL account to cover expense | $9,750.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|

| Debtor 1 | Bogdan Maksimchuk | | |
|---|---|---|---|
| Debtor 2 | Nadezhda Maksimchuk | Case number (if known) | 23-10885 |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Parr Lumber co v. Barcelo Development Inc et al<br>23-2-02290-4 | lien foreclosure | King Co Superior Court<br>516 Third Ave<br>Seattle, WA 98104 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Koa et al v. Maksimchuk<br>23-2-00103-6 | Collection | King County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| NWBF v. Barcelo Homes et al<br>22-2-06827-2 | Breach of Contract | King County Superior COurt | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| NWBF v. Maksimchuk et al<br>23-2-04761-3 | Appointment of Receiver | King County Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Northwest Building Finance<br>13555 SE 36th St. #320<br>Bellevue, WA 98006 | Business debt<br>Judgment Entered 1/9/2023<br>Charging Orders entered 3/1/2023<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 3/1/2023 | Unknown |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

| Debtor 1 | Bogdan Maksimchuk | | |
|---|---|---|---|
| Debtor 2 | Nadezhda Maksimchuk | Case number (if known) | 23-10885 |

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☐ No
    ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Elvira Maksimchuk<br><br>Person's relationship to you: | 2017 Mercedes CLA. Was traded to Chevrolet of South Anchorage, 9100 Old Seward Hwy, Anchorage AK 99515 | 2/2022 | $33,000.00 |
| Grandchildren<br><br>Person's relationship to you: | Stroller, playground equipment | | $2,400.00 |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Slavic Gospel Church<br>3405 South 336th<br>Federal Way, WA 98001 | Monthly Tithe | Monthly | $2,400.00 |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Bush Kornfeld<br>601 Union St. 5000<br>Seattle, WA 98101 | Fee Deposit | | $55,000.00 |

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 5

| Debtor 1 | **Bogdan Maksimchuk** | | |
|---|---|---|---|
| Debtor 2 | **Nadezhda Maksimchuk** | Case number (*if known*) | **23-10885** |

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Tracy Law Group PLLC<br>1601 Fifth Ave., Ste 610<br>Seattle, WA 98101 | Fee Deposit | $7,500.00 on 4/13/2023<br>$25,000.00 on 5/12/2023 | $32,500.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Prestige Motorgroup LLC<br>1825 Howard Rd<br>Auburn, WA 98002 | 2023 Lamborghini Huracan, White, VIN ZHWUA6ZX6PLA22444. Sale Price $362,511.62 | Payoff of secured debt on vehicle owed to Lamborghini Financial Services in amount of $362,511.62 | 5/12/2023 |
| Aniruddha Gadre and Rupa Gadre<br>9104 SE 50th St.<br>Mercer Island, WA 98040 | Real property located at 9104 SE 50th St., Mercer Island, WA 98040 | Purchase price of $7,150,000.  From net sale proceeds, between June 30 and February 6, 2023,  Debtors contributed $1,466,000 to Barcelo Homes LLC, $312,000 to Columbia CIty Living LLC, $1,646,500 to Caesars Luxury Apartments LLC; $297,129 to Rise Flats LLC and $229,494.58 to close lot sale at 3120 S 326th Federal Way | 6/30/2022 |
| Lamborghini of Seattle<br>13617 NE 20th St<br>Bellevue, WA 98005 | 2021 Porsche Traded in for 2023 Lamborghini | | |
| Frontier Ford<br>12610 Thompson Rd<br>Anacortes, WA 98221 | Ford F150 Sale Price $52,000. | Paid off loan balance. Net proceeds approximately $11,000 | 1/31/2023 |

| Debtor 1 | **Bogdan Maksimchuk** | | Case number (*if known*) | **23-10885** |
|---|---|---|---|---|
| Debtor 2 | **Nadezhda Maksimchuk** | | | |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Bryan and Alyssa Graf**<br>4719 90th Ave SE<br>Mercer Island, WA 98040 | Real Property located at 4719 90th Ave, SE, Mercer Island. The property was purchased by Radimir and Ella Mandzyuk, they did not qualify for loan. Debtors co-signed on purchase loan and were put on title. Mandzyuk sold property in 2022 and purchased new property. Debtors did not contribute to loan payments or other expenses of the property | $2,200,000. All secured debt was paid | 12-19-2022 |
| **Harkamal SIngh Dhaliwal**<br>3820 S 326th St.<br>Auburn, WA 98001 | Lot at 3820 S 326th St. Federal Way | Sale Price $350,000. Paid 424 Wealth Trust, Closing costs and real property taxes. No net proceeds | 12-15-2022 |
| **Jasbir Singh**<br>3818 S 326th St.<br>Federal Way, WA 98001 | Lot at 3818 S. 326th St. Federal Way, WA | Sale Price $350,000. Debtors received net proceeds of $325,018.76. Debrtors contributed $205,000 to Barcelo Homes LLC; $100,000 to Coumbia City Living LLC | 12-29-2022 |
| **Prestige Motor Group**<br>1825 Howard Rd<br>Auburn, WA 98002 | 2016 MBC X26 Motor Boat VIN MBCWKEN3J516 | $55,000 | 5/11/2023 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

| Debtor 1 | **Bogdan Maksimchuk** | | Case number *(if known)* | **23-10885** |
| Debtor 2 | **Nadezhda Maksimchuk** | | | |

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Umpqua Bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 5-11-2023 | $0.00 |
| **US bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **Closed During chapter 11 for DIP account at Chase** | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes. Fill in the details.

    | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

| Debtor 1 | **Bogdan Maksimchuk** | | Case number (*if known*) | 23-10885 |
| Debtor 2 | **Nadezhda Maksimchuk** | | | |

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Barcelo Homes, Inc.<br>2906 74th Ave. SE<br>Mercer Island, WA 98040 | Home Construction | EIN: 603 322 723<br>From-To 9-11-2-13 - Current |
| Sorento on Yesler Owner LLC<br>1414 E Yesler<br>Seattle, WA 98122 | Real Estate | EIN: 604 358 595<br>From-To 4/8/2021 - Current |
| Rise on Flats LLC<br>829 NE 67th St.<br>Seattle, WA 98115 | Real Estate | EIN: 604 022 499<br>From-To 4-5-2023 to Current |
| Caesars Luxury Apartments LLC<br>1414 E Yesler Way Ste A<br>Seattle, WA 98122 | Real Estate | EIN: 604 658 814<br>From-To 9/2/2020 to Current |
| Columbia City Living LLC<br>1414 E Yesler Way, Ste A<br>Seattle, WA 98122 | Real Estate | EIN: 604 534 097<br>From-To 11/7/2019 to Current |

| Debtor 1 | **Bogdan Maksimchuk** | | Case number (*if known*) | **23-10885** |
|---|---|---|---|---|
| Debtor 2 | **Nadezhda Maksimchuk** | | | |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Premium Homes of Mercer Island LLC**<br>**1414 E Yesler Way, Ste A**<br>**Seattle, WA 98122** | **Real Estate** | EIN: **603 438 959**<br>From-To **9/25/2014 - Current** |
| **The Usual LLC**<br>**1414 E Yesler Way #B**<br>**Seattle, WA 98122** | **Restaurant** | EIN: **604 866 963**<br>From-To **2/3/2022 to Current** |
| **VEROMANAGEMENT LLC**<br>**1414 E. Yesler Way Ste A**<br>**Seattle, WA 98122** | **Property Management** | EIN: **604 636 283**<br>From-To **7/20/2020 - Current** |
| **3120 Harvard LLC**<br>**POB 1639**<br>**Mercer Island, WA 98040** | **Real Estate** | EIN: **604 274 798**<br>From-To **4/19/2018 - 9/30/2021** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

| Debtor 1 | **Bogdan Maksimchuk** | Case number (if known) | **23-10885** |
|---|---|---|---|
| Debtor 2 | **Nadezhda Maksimchuk** | | |

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Bogdan Maksimchuk | /s/ Nadezhda Maksimchuk |
|---|---|
| **Bogdan Maksimchuk** | **Nadezhda Maksimchuk** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **October 11, 2023** | Date **October 11, 2023** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 11

Case 23-10885-CMA    Doc 139    Filed 10/11/23    Ent. 10/11/23 19:09:44    Pg. 11 of 11